**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

JORGE L. NIEBLA,

    Plaintiff,

v.                                 CASE NO. 4:09cv224-RH/WCS

LITERATURE REVIEW COMMITTEE
OF THE FLORIDA DEPARTMENT OF
CORRECTIONS,

    Defendant.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation (document 3) and the objections (document 4). I have reviewed *de novo* the issues raised by the objections. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "This case is DISMISSED without prejudice under 28 U.S.C. §§ 1915(g)." The clerk must close the file.

SO ORDERED on July 25, 2009.

                                            s/Robert L. Hinkle
                                            United States District Judge